IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WILLIAM H. HUNDLEY and<br>WENDY HUNDLEY | §<br>§<br>§ | CIVIL ACTION NO. 2-06-CV-360 |
| v. | §<br>§ | |
| MERCK & CO., INC. | § | |

## ORDER

Came on for consideration Defendant Merck & Co., Inc.'s Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation in this case.

After due consideration, IT IS ORDERED that Defendant Merck & Co. Inc.'s motion is GRANTED. All pretrial proceedings are hereby STAYED pending a transfer decision by the Judicial Panel on Multidistrict Litigation.

_____
Judge Presiding